IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:06cr0047 SWW |
| | * | |
| | * | |
| ALEX FIGUEROA, | * | |
| | * | |
| Defendant. | * | |

ORDER

Without objection, the motion [doc.#108] of the government to correct balance of restitution is granted. The Clerk is ordered to reduce the restitution amount payable jointly and severally by Alex Figueroa and Tahrence Keith Gonzales to Bank of America to zero, the amount listed having been paid in full.

IT IS SO ORDERED this 28th day of August 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE